# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: REBECCA SHAUN FRANZ
MCCASLAND PINO AND MIGUEL
SEBASTIAN PINO ZAPATA
APPLYING FOR INTRAFAMILY
ADOPTION OF LIAM SEBASTIAN
PINO

NO.   2025 CW 0228

**MARCH 12, 2025**

---

In Re:   Trinity Cheyenne Sanders, applying for supervisory
writs, Juvenile Court Judicial District Court, Parish of
East Baton Rouge, No. 11560.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.** The decision of a trial court to deny a motion for involuntary dismissal at the close of a plaintiff's case is purely discretionary. Louisiana Code of Civil Procedure article 1672(B) affords the trial court discretion to render or to decline to render any judgment until the close of all evidence. **Escobar v. Cajun Operating Co.**, 2016-0558 (La. App. 1st Cir. 12/22/16), 209 So.3d 198, 200. Moreover, relator has the opportunity to produce evidence in her case upon resumption of the trial.

SMM

HG

**Wolfe, J.**, concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT